

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*  *(973)645-2700*
*Newark, NJ 07102*

October 20, 2010

Hon. William H. Walls
Judge, United States District Court
King Federal Courthouse
50 Walnut Street
Newark, NJ 07102

                Re:    United States of America
                        v. Aisha B. Sadiq
                        and Dungarvin New Jersey, LLC
                        <u>Criminal No. 98-142</u>

Dear Judge William H. Walls:

      Enclosed for Your Honor's signature, please find the Garnishee Order in the above captioned matter..

                                      Respectfully submitted,

                                      PAUL J. FISHMAN
                                      UNITED STATES ATTORNEY

                     By:    Katoria Spivey
                          Financial Litigation Agent
                          (973) 645-2741

LEAH A. BYNON
ASSISTANT U.S. ATTORNEY

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ  07102
(973) 645-2736
LAB0321

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         *Plaintiff,*<br>v.<br><br>AISHA B. SADIQ ,<br><br>                         *Defendant,*<br>and<br><br>DUNGARVIN NEW JERSEY, LLC,<br>and its successors or assigns,<br><br>                         *Garnishee.* | Hon.  William H. Walls<br><br>Criminal No. 98-142<br><br>**GARNISHEE ORDER** |

       An Application and Order for Writ of Continuing Garnishment was filed by the United States of America, and a Writ of Continuing Garnishment directed to Garnishee was duly issued.  The Garnishee waived service of the Writ of Continuing Garnishment by United States Marshal and accepted service by certified mail.  Pursuant to the Writ of Continuing Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due defendant, and that

garnishee was indebted to defendant in the sum of $55,180.00.

IT IS ORDERED that the garnishee pay 13% of the defendant's net wages bi-weekly to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

DATED: 27 October 2010

_____
WILLIAM H. WALLS, JUDGE
UNITED STATES DISTRICT COURT